UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWAN PIERCE THURMOND,

      Plaintiff,                      Case No. 15-13167
                                          District Judge Laurie J. Michelson
v.                                         Magistrate Judge R. Steven Whalen

CITY OF SOUTHFIELD, et al.,

      Defendants.
_____/

**ORDER**

Before the Court is Defendants' Motion to Compel Discovery [Doc. #140]. Plaintiff has not filed a response; hence, the motion is unopposed and I will take the factual representations contained therein as true.

At issue are Defendants' First Set of Interrogatories and their First Request for Production of Documents, which were served on Plaintiff on July 5, 2016. Despite his agreements to produce responses, Plaintiff has not done so, and has certainly not done so within the required 30-day response time.

Accordingly, Defendants' Motion to Compel Discovery [Doc. #140] is GRANTED. Plaintiff shall produce responses to Defendants' discovery requests within 14 days of the date of this Order.

Because more than 30 days have passed since the Defendants served their discovery requests, objections to those requests are deemed waived.

Defendants' request for costs is also GRANTED. Within 30 days of the date of this Order, Plaintiff shall pay to Defendants' attorney the sum of $100.00, as reasonable costs and attorney fees necessitated by having to bring this motion.

Plaintiff's failure to comply with this Order, or with any Order of this Court, may result in further sanctions, including dismissal of his complaint.

IT IS SO ORDERED.

                                                s/ R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: November 28, 2016

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 28, 2016, electronically and/or by U.S. mail.

                                                s/Carolyn M. Ciesla
                                                Case Manager to the
                                                Honorable R. Steven Whalen