UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWAN PIERCE THURMOND,

      Plaintiff,                    Case No. 15-13167
                                        District Judge Laurie J. Michelson
v.                                       Magistrate Judge R. Steven Whalen

CITY OF SOUTHFIELD, et al.,

      Defendants.
_____/

**ORDER**

Before the Court is Plaintiff's Motion to Compel Production of Documents [Doc. #141]. Contrary to this Court's Local Rules, Plaintiff did not attach a copy of his Requests for Production to his motion. In addition, Defendants note in their response that the Plaintiff did not properly serve his Requests to Produce.

This Court struck a previous motion to compel filed by Plaintiff for non-conformance with the Federal Rules of Civil Procedure. Here, Plaintiff has requested production of documents set forth in" his amended complaint. He has not properly served discovery requests following the Rule 16 scheduling conference, as the Court ordered. While *pro se* litigants are given some leeway, Plaintiff was instructed that he was required to comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

Discovery is still open, and is set to close on March 3, 2017 [Doc. #128].

Plaintiff has the opportunity to properly serve on Defendants' counsel his Interrogatories and Requests to Produce. Because he has not done so to date, his motion to compel [Doc. #141] is DENIED.

Defendants' request for costs [Doc. #142] is DENIED.

IT IS SO ORDERED.

        s/ R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: November 28, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 28, 2016, electronically and/or by U.S. mail.

        s/Carolyn M. Ciesla
        Case Manager to the
        Honorable R. Steven Whalen