UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWAN PIERCE THURMOND,

       Plaintiff,                      Case No. 15-13167
                                          District Judge Laurie J. Michelson
v.                                       Magistrate Judge R. Steven Whalen

CITY OF SOUTHFIELD, et al.,

Defendants.
_____/

**ORDER STAYING SCHEDULING ORDER**

      Defendant's Motion to Amend and Stay the Scheduling Order [Doc. #162] is GRANTED.

      The current scheduling order, as well as any other proceedings in this case, is STAYED pending the assignment of *pro bono* counsel and until further order of the Court. The Court will issue an amended scheduling order at the appropriate time.

      IT IS SO ORDERED.

                                                      s/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      United States Magistrate Judge

Dated: March 20, 2017

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 20, 2017, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager